IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRENDA GRAY, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00227-TES |
| | * |
| ROOMS TO GO FURNITURE CORPORATION OF GEORGIA , | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of November, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk